Cohen Unemployment Compensation Case.

Argued June 13, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Robert M. Borden,* for appellant.

*Sydney Reuben,* Assistant Attorney General, with him *David Stahl,* Attorney General, for Unemployment Compensation Board of Review, appellee.

OPINION BY MONTGOMERY, J., September 13, 1962:

The record sufficiently supports the finding and conclusion of the board to the effect that after a protracted period of unemployment claimant did not demonstrate good faith when she declined to accept a referral of suitable part-time work, although at a lower rate than she had been receiving prior to her unemployment, but within the scope of her prior experience.

Failing to exercise such faith she was disqualified under section 402(a) of the Unemployment Compensa-

tion Law. *Lorenzi Unemployment Compensation Case*, 197 Pa. Superior Ct. 573, 180 A. 2d 84.

Decision affirmed.